**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Anthony GRANDISON, Defendant— Appellant.**

No. 04–6658.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 20, 2004.

Decided Sept. 15, 2004.

Anthony Grandison, Appellant pro se. Juliet Ann Eurich, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Anthony Grandison appeals the district court's order entered in accordance with the mandate in *United States v. Grandison,* No. 03–6465 (4th Cir. Dec. 31, 2003) (unpublished). We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*